FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>        Plaintiff,<br><br>  v.<br><br>JAY R. INSLEE, CHERYL STRANGE and ROB M. JACKSON,<br><br>        Defendants. | No. 4:22-CV-05106-SAB<br><br>**ORDER CLOSING FILE** |

      Pursuant to the Ninth Circuit's Order transferring Mr. Demos' purported civil rights complaint to this District on August 22, 2022, *see Demos v. Jackson,* No. 4:22-CV-05079-SAB, ECF No. 5, this case was opened. Plaintiff is proceeding *pro se* and is seeking *in forma pauperis* status.

      Pursuant to the contempt Order signed by Judge McDonald on August 26, 1991, Mr. Demos is prohibited from initiating any civil actions in this District and the Clerk of Court is prohibited from accepting any such actions or from returning such proffers to Mr. Demos. *See Demos v. McNichols,* No. 91-CV-00027-LRS (citing *inter alia, In re Demo*s, 500 U.S. 16 (1991) (prohibiting him from filing any extraordinary writs without the payment of the docketing fees)).

ORDER CLOSING FILE -- 1

Accordingly, **IT IS HEREBY ORDERED** the Clerk of Court shall administratively **CLOSE** this file. No further action will be taken in this matter and all pending motions are denied as moot. The Clerk of Court is directed not to accept any documents for filing in this closed case and shall discard any documents subsequently submitted.

**DATED** this 1st day of September 2022.



Stanley A. Bastian
Chief United States District Judge

ORDER CLOSING FILE -- 2